FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2018 NOV -2 PM 3: 19

CASE NO.: 6:18-cv-1884-ORL-41-TBS

HIS HIGHNESS BADR BIN
SAUD BIN SAAD AL SAUD,

    Plainiff,

vs.

PARKER BROTHERS CONCEPTS, INC.,
and MAURICE PARKER,

    Defendants.

_____/

## COMPLAINT

Plaintiff, His Highness Badr Bin Saud Bin Saad Al Saud, by and through his undersigned attorneys, hereby sues Defendants, Parker Brothers Concepts, Inc., and Maurice Parker, and alleges as follows:

### *Jurisdiction, Parties and Venue*

1.    This is an action for damages in an amount in excess of $75,000, exclusive of costs, interest, and attorneys' fees.

2.    Plaintiff, His Highness Badr Bin Saud Bin Saad Al Saud, is citizen of a foreign state.

3.    Defendant, Parker Brothers Concepts, Inc. ("Parker Brothers"), is a Florida corporation that is a citizen of the State of Florida.

4.    Defendant, Maurice Parker, is an individual who is a citizen of the State of Florida.

5. This Court has jurisdiction over this matter as this is a dispute between a citizen of a foreign state, as plaintiff, and citizens of a State, and the amount in controversy exceeds $75,000, exclusive of costs, interest and attorney's fees. Moreover, the parties consented to the jurisdiction of this Court for any action to enforce the agreement that is the subject hereof.

6. Venue is proper in the Middle District of Florida as the judicial district in which: (a) Parker resides and Parker Brothers maintains its principal place of business; (2) a substantial part of the events or omissions giving rise to the claim occurred; and (3) Parker and Parker Brothers are subject to personal jurisdiction.

### *Allegations Common to All Counts*

7. On or about January 17, 2016, Plaintiff and Parker Brothers entered into a Settlement Agreement, a copy of which is attached hereto as **Exhibit A**.

8. Parker executed the Settlement Agreement individually *and* on behalf of Parker Brothers.

9. Pursuant to the terms of the Settlement Agreement, Parker Brothers was required to make payments to Plaintiff totaling $765,000.00.

10. Parker Brothers failed to make any payments to Plaintiff as required by the Settlement Agreement.

11. Pursuant to the terms of the Settlement Agreement, upon Parker Brothers' failure to make any payment due under the Settlement Agreement, Plaintiff would be entitled to immediate entry of a Final Judgment against Parker Brothers *and* Parker,

jointly and severally, in the amount of $765,000, less any payments timely received under the Settlement Agreement, plus all accrued interest, and attorney's fees and costs.

12. Accordingly, Plaintiff is entitled to entry of a Final Judgment against Parker Brothers and Parker, jointly and severally, in the amount of $765,000, plus interest, costs, and attorneys' fees.

13. Plaintiff has retained the undersigned attorneys and has agreed to pay a reasonable fee for their services herein.

14. All conditions precedent to this action have been satisfied, have occurred, or have been waived.

## COUNT I
## BREACH OF CONTRACT

15. Plaintiff realleges paragraphs 1 through 14 above as if set forth more fully herein.

16. The Settlement Agreement is a contract between Plaintiff and Parker Brothers and Parker.

17. Parker Brothers and Parker materially breached the Settlement Agreement by failing to make payments due thereunder when due.

18. Plaintiff has suffered damages as a result of Parkers Brothers' and Parker's breach of the Settlement Agreement.

19. Accordingly, Plaintiff is entitled to an award of damages in the amount of $765,000.00, plus accrued interest, and attorney's fees and costs.

WHEREFORE, Plaintiff, His Highness Badr Bin Saud Bin Saad Al Saud, demands entry of Final Judgment against Defendants, Parker Brothers Concepts, Inc.,

and Maurice Parker, jointly and severally, for damages in the amount of $765,000.00, plus costs and attorneys' fees, with interest thereon, and such other and further relief as is just and proper.

DATED this 1st day of November, 2018.

> Fox Rothschild LLP
> 777 S. Flagler Drive
> Suite 1700 – West Tower
> West Palm Beach, FL 33401
> Tel.: (561) 804-4441
> Fax: (561) 835-9602
>
> By: _s/ David A. Greene_
> David A. Greene
> Florida Bar No. 87629
> dgreene@foxrothschild.com
>
> *Counsel for Plaintiff, His Highness Badr Bin Saud Bin Saad Al Saud*

4

Fox Rothschild LLP

77385725

and Maurice Parker, jointly and severally, for damages in the amount of $765,000.00, plus costs and attorneys' fees, with interest thereon, and such other and further relief as is just and proper.

DATED this 1st day of November, 2018.

Fox Rothschild LLP
777 S. Flagler Drive
Suite 1700 – West Tower
West Palm Beach, FL 33401
Tel.: (561) 804-4441
Fax: (561) 835-9602

By: _s/ David A. Greene_
David A. Greene
Florida Bar No. 87629
dgreene@foxrothschild.com

*Counsel for Plaintiff, His Highness Badr Bin Saud Bin Saad Al Saud*